**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

NOW COMES Lydia S. Meyer, the Standing Chapter 13 Trustee for the Northern District of Illinois, Western Division, pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3011, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1.    The Standing Trustee has been duly appointed, qualified and continues to serve as the Standing Trustee in the case listed below.

2.    In furtherance of her duties, the Standing Trustee sent distribution or refund checks via U.S. Mail to those creditors or to the debtor with no success.

3.    The distribution or refund checks for those creditors or the debtor have been returned to this Standing Trustee marked "Return to Sender, No Forwarding Address" or the checks have not been cashed within 90 days of the date of their distribution.  All reasonable attempts have been expended to locate these creditors or the debtor with no success.

4.    By reason of the foregoing, the Standing Trustee has stopped payment on the distribution or refund checks and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to Section 347 of the Bankruptcy Code.

5.    "Cases and omits listed."

Debtor(s) Name:        RICHARD J. CAISE
                       SONIA CAISE
Case No.:              05-74304

Unclaimed Funds Check No.:              403977
Amount of Funds sent to Unclaimed Funds:    $4.67

Claim Number:  028

Creditor Name and Address:
        C.B. Accounts Inc.
        PO Box 1289

        Peoria, IL  61654-1289

6.    That on this date this Trustee's Report of Unclaimed Property was filed with the United States Bankruptcy Clerk of the Northern District of Illinois, Western Division.

Respectfully Submitted,

Date:   April 9, 2010_____              /s/Lydia S. Meyer_____
                                             Trustee